# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON
DEBORAH JEAN WELSH

V.

UNITED STATES
BUREAU OF PRISONS et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08/155 MMC

TO: (Name and address of defendant)

See Attached List

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KURT JOHNSON 13177-081
FEDERAL DETENTION CENTER
5675 8TH ST. CAMP PARKS
DUBLIN CA 94568

an answer to the complaint which is herewith served upon you, within 60 (~~45~~) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE 3/3/08

## SUMMONS ATTACHMENT LIST

The following parties listed bellowed are those whom will be served by the delivery of summons and complaint.

Mr. William Kubitz
Jailhouse Administator
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Mr. Robert Powers
Correctional Counselor
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Mr. Tony Rivas
Correctional Counselor
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Ms. Janet Augustine
Case Manager
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Mr. Michael Bernhardt
Captian
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Ms. Valerie Stewart
Regional Counsel (CASBN 85654)
7950 Dublin Blvd. 3rd Floor
DUBLIN CA 94568

Mr. Paul Copenhaver
Warden
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Ms. Teresa Y. Butts
Associate Warden
5701 8th St. CAMP PARKS
DUBLIN CA 94568

Mr. Thomas A. Jones
Associate Warden
5701 8th St. CAMP PARKS
DUBLIN CA 94568

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure