Respond to: Kurt F. Johnson - Living Soul
c/o KURT F. JOHNSON 13177-081
P.O. BOX 9000
SAFFORD AZ 85548

and,

Deborah Jean Welsh - Living Soul
c/o DEBORAH JEAN WELSH
5809 HARBORD DR.
OAKLAND CA 94611



FILED
08 MAY 20 AM 1:37
...U.S. DIS...COURT
...HERN DISTRICT...CALIFORNIA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT F. JOHNSON and DEBORAH JEAN WELSH<br>Plaintiffs,<br>V.<br><br>UNITED STATES BUREAU OF PRISONS, et al.,<br>Defendants. | NO.C 08-1155 MMC (PR)<br><br>**REQUEST FOR EXTENTION OF TIME WITH LEAVE TO AMEND**<br><br>(Docket No. 4) |

Plaintiffs move for the court to grant an extention of time of not less than 90 days from the filing date of this request to comply with the wishes of the court. The evidence the court seeks to prove up the exemption sought from the filing fee is not currently in the possession of JOHNSON. JOHNSON who is being warehoused by defendants has been shipped to the SAFFORD location. In the process the hard drive and legal documents that contain all the necessary evidence in which to prosecute are being held by defendants. This is not expected to cure in the near future since JOHNSON is scheduled to appear on June 10, 2008 in Mr. Alsup's court. JOHNSON and the legal property will remain separated most likely until early August. JOHNSON is powerless to change the nature of the circumstance since the defendant is completely in control of the situation. Failure of this court to grant such an extention will be highly prejudicial to plaintiffs in that it will allow the defendants by their procedures to control the outcome of this litigation by the mere tactic of deprivation of plaintiff resources. WELSH would be prejudiced the most in that in relying of JOHNSON's documentation WELSH is likewise compromised by dfefendants while not being subject to their policy.

page 1 of 2

BP-A148.055
SEP 98
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF** CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MR. HERNANDEZ | DATE: 5-13-08 |
|---|---|
| FROM: KURT JOHNSON | REGISTER NO.: 13177-081 |
| WORK ASSIGNMENT: | UNIT: S-03-14U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am very concerned about the contiued deprivation and separation from my legal documentation. I have already had to submit inferior legal products in my case directly caused by this deprivation. I at this moment cannot calculate what the damages might be. I can only hope none. I am a pro se litigant and there is no other remedy available to me except my own efforts and my own work product. My concern is that I am in litigation with the BoP and I'm beginning to suspect that this delay might just be intentional and a tactic to control the outcome of the litigation. I am requesting immediate release of my legal documents. Thank you!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

**SECTION 6**



## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*  (415) 436-6915
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*  *FAX:(415) 436-6927*

April 25, 2008

Mr. Kurt Johnson 13177-081
Federal Detention Center
5675 8th St. Camp Parks
Dublin, CA 94568

      Re:    *Kurt F. Johnson, et al. v. U. S. Bureau of Prisons, et al*
             Civil Action No. 08-1155 MMC

Dear Mr. Johnson:

    We represent the federal defendants in this litigation. Proper service of process of the Summons and Complaint has not yet been accomplished in the above-referenced case, and the time for the filing of an answer has not yet begun to run.

    Please note that Rule 4(i), Federal Rules of Civil Procedure, as amended effective December 1, 2007, requires the following:

(i) **Service Upon the United States, and Its Agencies, Corporations, Officers, or Employees,**

(1)     United States. To serve the United States, a party must:

(A)(i)   deliver a copy of the summons and of the complaint to the *United States Attorney* for the district where the action is brought or to an Assistant United States Attorney or clerical employee whom the United States Attorney designates in a writing filed with the court clerk or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States Attorney's Office;

(B)     send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C)     if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Mr. Kurt Johnson
April 25, 2008
Page 2

cc:     Christopher Erlewine
        General Counsel
        United States Bureau of Prisons
        320 First Street, N.W., Room 958
        Washington, D.C. 20534

        Harlan Penn, Regional Counsel
        United States Bureau of Prisons
        7950 Dublin Blvd., Third Floor
        Dublin, CA 94568

        Timothy Garren, Director/
        Janice B. Taylor, Paralegal Specialist
        Department of Justice, Torts Branch
        P.O. Box 888, Ben Franklin Station
        Washington, D.C. 20044

Respond to: Kurt F. Johnson - Living Soul
c/o KURT F. JOHNSON 13177-081
P.O. BOX 9000
SAFFORD AZ 85548

and,

Deborah Jean Welsh - Living Soul
c/o DEBORAH JEAN WELSH
5809 HARBORD DR.
OAKLAND CA 94611

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT F. JOHNSON and DEBORAH JEAN WELSH<br>Plaintiffs,<br>V.<br><br>UNITED STATES BUREAU OF PRISONS, et al.,<br>Defendants. | NO. C 08-1155 MMC (PR)<br><br>**REQUEST FOR EXTENTION OF TIME WITH LEAVE TO AMEND**<br><br>(Docket No. 4) |

    Plaintiffs move for the court to grant an extention of time of not less than 90 days from the filing date of this request to comply with the wishes of the court. The evidence the court seeks to prove up the exemption sought from the filing fee is not currently in the possession of JOHNSON. JOHNSON who is being warehoused by defendants has been shipped to the SAFFORD location. In the process the hard drive and legal documents that contain all the necessary evidence in which to prosecute are being held by defendants. This is not expected to cure in the near future since JOHNSON is scheduled to appear on June 10, 2008 in Mr. Alsup's court. JOHNSON and the legal property will remain separated most likely until early August. JOHNSON is powerless to change the nature of the circumstance since the defendant is completely in control of the situation. Failure of this court to grant such an extention will be highly prejudicial to plaintiffs in that it will allow the defendants by their procedures to control the outcome of this litigation by the mere tactic of deprivation of plaintiff resources. WELSH would be prejudiced the most in that in relying of JOHNSON's documentation WELSH is likewise compromised by dfefendants while not being subject to their policy.

Defendants would not be prejudiced by this grant of extention of time in that they are claiming to not have been properly served and have no intention to answer until served in the manner they expect. [see attachment 1]

Further Plaintiffs have discovered the identity of some of the DOES and will need this time to amend to better inform this court and the defendants the nature and cause of the accusations.

It is believed by Plaintiffs that there is good cause appearing for a reasonable grant of extention of time and leave to amend.

Respectfully submitted this 19th day of May 2008

By: _____//ss//_____
By: KURT F. JOHNSON - FICTION - PLAINTIFF
UNDER RESERVE WITHOUT RECOURSE

BY: _____//ss//_____
By: DEBORAH JEAN WELSH - FICTION - PLAINTIFF
UNDER RESERVE WITHOUT RECOURSE

**DISCLAIMER:** The sovereign natural parties by their participation with the customs and usage of trade procedures (local rules, evidence rules, criminal procedures, statutes, regulations, and other rules) do not infer or imply consent or acceptance, but merely are attempting to extricate themselves from the hostile coercive trespass upon their rights, title, and interest, and the dishonor of fiduciaries not settling the matter in accordance with the provided instructions and public policy, while in all ways seeking honor in commerce.

cc: Edward Olsen AUSA
450 Golden Gate Av
San Francisco Ca 94102

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) MR. HERNANDEZ | DATE: 5-13-08 |
|---|---|
| FROM: KURT JOHNSON | REGISTER NO.: 13177-081 |
| WORK ASSIGNMENT: | UNIT: S-03-14U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am very concerned about the contiued deprivation and separation from my legal documentation. I have already had to submit inferior legal products in my case directly caused by this deprivation. I at this moment cannot calculate what the damages might be. I can only hope none. I am a pro se litigant and there is no other remedy available to me except my own efforts and my own work product. My concern is that I am in litigation with the BoP and I'm beginning to suspect that this delay might just be intentional and a tactic to control the outcome of the litigation. I am requesting immediate release of my legal documents. Thank you!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**



## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*  (415) 436-6915
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*  *FAX:(415) 436-6927*

April 25, 2008

Mr. Kurt Johnson 13177-081
Federal Detention Center
5675 8th St. Camp Parks
Dublin, CA 94568

      Re:    *Kurt F. Johnson, et al. v. U. S. Bureau of Prisons, et al*
            Civil Action No. 08-1155 MMC

Dear Mr. Johnson:

    We represent the federal defendants in this litigation. Proper service of process of the Summons and Complaint has not yet been accomplished in the above-referenced case, and the time for the filing of an answer has not yet begun to run.

    Please note that Rule 4(i), Federal Rules of Civil Procedure, as amended effective December 1, 2007, requires the following:

(i)     **Service Upon the United States, and Its Agencies, Corporations, Officers, or Employees,**

(1)     United States. To serve the United States, a party must:

(A)(i)     deliver a copy of the summons and of the complaint to the *United States Attorney* for the district where the action is brought or to an Assistant United States Attorney or clerical employee whom the United States Attorney designates in a writing filed with the court clerk or

    (ii)     send a copy of each by registered or certified mail to the civil-process clerk at the United States Attorney's Office;

(B)     send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C)     if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Respond to: Kurt F. Johnson - Living Soul
c/o KURT F. JOHNSON 13177-081
P.O. BOX 9000
SAFFORD AZ 85548

and,

Deborah Jean Welsh - Living Soul
c/o DEBORAH JEAN WELSH
5809 HARBORD DR.
OAKLAND CA 94611

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT F. JOHNSON and DEBORAH JEAN WELSH </br>    Plaintiffs, </br> V. </br> </br> UNITED STATES BUREAU OF PRISONS, et al., </br>    Defendants. | NO.C 08-1155 MMC (PR) </br> </br> **REQUEST FOR EXTENTION OF TIME WITH LEAVE TO AMEND** </br> </br> (Docket No. 4) |

Plaintiffs move for the court to grant an extention of time of not less than 90 days from the filing date of this request to comply with the wishes of the court. The evidence the court seeks to prove up the exemption sought from the filing fee is not currently in the possession of JOHNSON. JOHNSON who is being warehoused by defendants has been shipped to the SAFFORD location. In the process the hard drive and legal documents that contain all the necessary evidence in which to prosecute are being held by defendants. This is not expected to cure in the near future since JOHNSON is scheduled to appear on June 10, 2008 in Mr. Alsup's court. JOHNSON and the legal property will remain separated most likely until early August. JOHNSON is powerless to change the nature of the circumstance since the defendant is completely in control of the situation. Failure of this court to grant such an extention will be highly prejudicial to plaintiffs in that it will allow the defendants by their procedures to control the outcome of this litigation by the mere tactic of deprivation of plaintiff resources. WELSH would be prejudiced the most in that in relying of JOHNSON's documentation WELSH is likewise compromised by dfefendants while not being subject to their policy.

Defendants would not be prejudiced by this grant of extention of time in that they are claiming to not have been properly served and have no intention to answer until served in the manner they expect. [see attachment 1]

Further Plaintiffs have discovered the identity of some of the DOES and will need this time to amend to better inform this court and the defendants the nature and cause of the accusations.

It is believed by Plaintiffs that there is good cause appearing for a reasonable grant of extention of time and leave to amend.

Respectfully submitted this 19th day of May 2008

By: _____//ss//_____
By: KURT F. JOHNSON - FICTION - PLAINTIFF
    UNDER RESERVE WITHOUT RECOURSE

BY: _____//ss//_____
By: DEBORAH JEAN WELSH - FICTION - PLAINTIFF
    UNDER RESERVE WITHOUT RECOURSE

**DISCLAIMER**: The sovereign natural parties by their participation with the customs and usage of trade procedures (local rules, evidence rules, criminal procedures, statutes, regulations, and other rules) do not infer or imply consent or acceptance, but merely are attempting to extricate themselves from the hostile coercive trespass upon their rights, title, and interest, and the dishonor of fiduciaries not settling the matter in accordance with the provided instructions and public policy, while in all ways seeking honor in commerce.

cc: Edward Olsen AUSA
    450 Golden Gate Av
    San Francisco Ca 94102

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MR. HERNANDEZ | DATE: 5-13-08 |
|---|---|
| FROM: KURT JOHNSON | REGISTER NO.: 13177-081 |
| WORK ASSIGNMENT: | UNIT: S-03-14U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am very concerned about the contiued deprivation and separation from my legal documentation. I have already had to submit inferior legal products in my case directly caused by this deprivation. I at this moment cannot calculate what the damages might be. I can only hope none. I am a pro se litigant and there is no other remedy available to me except my own efforts and my own work product. My concern is that I am in litigation with the BoP and I'm beginning to suspect that this delay might just be intentional and a tactic to control the outcome of the litigation. I am requesting immediate release of my legal documents. Thank you!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**        **SECTION 6**



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

(415) 436-6915

FAX:(415) 436-6927

April 25, 2008

Mr. Kurt Johnson 13177-081
Federal Detention Center
5675 8th St. Camp Parks
Dublin, CA 94568

Re:  *Kurt F. Johnson, et al. v. U. S. Bureau of Prisons, et al*
     Civil Action No. 08-1155 MMC

Dear Mr. Johnson:

We represent the federal defendants in this litigation. Proper service of process of the Summons and Complaint has not yet been accomplished in the above-referenced case, and the time for the filing of an answer has not yet begun to run.

Please note that Rule 4(i), Federal Rules of Civil Procedure, as amended effective December 1, 2007, requires the following:

(i)  **Service Upon the United States, and Its Agencies, Corporations, Officers , or Employees,**

(1)  United States. To serve the United States , a party must:

(A)(i) deliver a copy of the summons and of the complaint to the *United States Attorney* for the district where the action is brought or to an Assistant United States Attorney or clerical employee whom the United States Attorney designates in a writing filed with the court clerk or

  (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States Attorney's Office;

(B)  send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C)  if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Kurt Johnson
13177-081
FCI Safford
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Clerk of the Court
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102



7007 3020 0002 0705 2410

CERTIFIED MAIL



UNITED STATES POSTAL SERVICE
0000
94102