IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KURT F. JOHNSON and DEBRA JEAN WELSH,

        Plaintiffs,

  v.

UNITED STATES BUREAU OF PRISON, et al.,

        Defendants.
                                       /

No. CV-08-1155 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** as more than thirty days have passed since the Court's April 25, 2008 order, and plaintiffs have neither paid the filing fee nor filed completed IFP applications, the above-titled action is hereby DISMISSED without prejudice.

Dated: June 6, 2008                                                           Richard W. Wieking, Clerk

                                                                                  *Tracy Lucero*

                                                                                   By: Tracy Lucero
                                                                                   Deputy Clerk